**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

United States of America,

        Plaintiff,

vs.                                                      Criminal No. 03-80743-DT-12
                                                      Hon. George Caram Steeh

D-12 Joey Murad,

        Defendant.
_____/

## ORDER OF SUBSTITUTION OF ATTORNEYS

      Upon the reading and filing of the Substitution of Attorneys and Consent to Substitution;

      It is hereby Ordered that Walter J. Piszczatowski of the law firm of Hertz, Schram & Saretsky, P.C. is hereby substituted in the place of Robert E. Berg, Jr. as attorney for Defendant, Joey Murad in the above-entitled action.


Dated:  8/15/06                                    s/George Caram Steeh
                                                            United States District Judge